# United States Court of Appeals

## FOR THE SEVENTH CIRCUIT
### CHICAGO, ILLINOIS  60604

May 31, 2012

**Before**

FRANK H. EASTERBROOK, *Chief Judge*

DANIEL A. MANION, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

*By the Court*:

No. 11-1989

| | |
|---|---|
| JOHANA CECE, | Petition for Review of an Order of the Board of Immigration Appeals |
| *Petitioner*, | |
| v. | No. A096 158 857 |
| ERIC H. HOLDER, JR., Attorney General of the United States, | |
| *Respondent.* | |

**O R D E R**

The Petition for Rehearing En Banc is **GRANTED**, and the panel's opinion and judgment are **VACATED**.

The court will announce the date for oral argument in a separate order.